UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DONELL HARRIS,

      Plaintiff,

v.                              Case No. 5:16cv114-MP-CJK

STATE OF FLORIDA, et al.,

      Defendants.

_____/

## REPORT AND RECOMMENDATION

On July 14, 2016, the undersigned entered an order (doc. 7) granting plaintiff's motion to proceed *in forma pauperis*, assessing an initial partial filing fee, pointing out deficiencies in plaintiff's complaint, directing the clerk to send plaintiff a civil rights complaint form, allowing plaintiff thirty days in which to submit the initial partial filing fee and a notice of voluntary dismissal or amended complaint, and advising plaintiff that failure to comply with the order as instructed would result in a recommendation that the matter be dismissed. After more than thirty days passed and plaintiff failed to comply, the undersigned directed (doc. 8) plaintiff to show cause within fourteen days why the matter should not be dismissed for failure to prosecute

and/or failure to comply with an order of the court.

In response to the show cause order, plaintiff advised (doc. 9) he could not pay the $6.66 initial partial filing fee and requested an additional thirty days in which to submit an amended complaint. The undersigned allowed plaintiff to proceed without payment of an initial partial filing fee and granted him thirty days in which to file an amended complaint (doc. 10). Plaintiff, however, failed to file an amended complaint within the time allowed. The undersigned thus entered another order (doc. 11) directing plaintiff to show cause within fourteen days why the matter should not be dismissed for failure to prosecute and/or failure to comply with an order of the court. The undersigned advised plaintiff that failure to timely respond would result in a recommendation, without further notice, that the matter be dismissed. Plaintiff failed to timely respond.

Accordingly, it is respectfully RECOMMENDED:

1. That this case be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to prosecute and/or failure to comply with an order of the court.

2. That the Clerk be directed to close the file.

At Pensacola, Florida this 22nd day of November, 2016.

/s/ *Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

Case No. 5:16cv114-MP-CJK

## NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of objections shall be served upon the magistrate judge and all other parties.  A party failing to object to a magistrate judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.  *See* U.S. Ct. of App. 11th Cir. Rule 3-1; 28 U.S.C. § 636.**