## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

DONELL HARRIS,

     Plaintiff,

v.                             CASE NO. 5:16-cv-00114-MP-CJK

STATE OF FLORIDA, et al.,

     Defendants.

_____/

## O R D E R

     This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated November 22, 2016. (Doc. 12). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed. Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

     Accordingly, it is hereby **ORDERED AND ADJUDGED:**

1.     The Magistrate Judge's Report and Recommendation, Doc. 12, is adopted and incorporated by reference in this order.

2.     The clerk is directed to enter the following judgment: "This case is **DISMISSED WITHOUT PREJUDICE** for Plaintiff's failure to prosecute and failure to comply with an order of the Court."

3.     The clerk is directed to close the file.

     **DONE AND ORDERED** this *21st* day of December, 2016

                        *s/Maurice M. Paul*
                        Maurice M. Paul, Senior District Judge